IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 5:07-cv-00067 |
| | ) | |
| REBA CARDWELL and | ) | |
| CALDWELL COUNTY, N. C. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the United States' motion for an order confirming the sale of the real property at issue in the above-captioned case and upon consideration of the Report of Judicial Sale submitted in support of that motion,

It Is ORDERED:

1. The United States' motion is GRANTED;

2. The sale of the real property at issue in this case is CONFIRMED;

3. The proceeds of the sale are to be distributed in accordance with the report of sale of the real property;

4. The funds currently on deposit with the Clerk of Court, $12,480 plus any interest on such sum, is to be distributed to the Internal Revenue Service; and

5. The purchaser of the property, William David Cardwell, is to file the deed concerning this sale in Caldwell County, N. C.

_12-14-10_
Date

_(signature)_
United States District Judge